**MEMO ENDORSED**



THE LAW FIRM OF
## ROSENBERG, MINC, FALKOFF & WOLFF, LLP

ADVOCATING JUSTICE FOR FOUR GENERATIONS

*CELEBRATING OUR 98TH YEAR*

122 East 42nd Street
Suite 3800
New York, New York 10168

TELEPHONE: 212-697-9280
FAX: 212-697-9284
EMAIL: lawyers@rmfwlaw.com

PETER D. ROSENBERG*
DANIEL C. MINC
STEVEN C. FALKOFF**
ROBERT H. WOLFF***
GARY SILVERSTEIN

ARTHUR O. TISI***
SHARON ELMALEH
JESSE M. MINC
BROOKE BALTERMAN

LEGAL ASSISTANTS
JOY RUBIN BERMAN
LORRAINE ZAHTILA-LICUL
INGRID D. JOHNSSON

FOUNDERS
GUSTAVE G. ROSENBERG
*(1900-1988)*
LAWRENCE M. ROSENBERG
*(1922-2008)*
MORTON M. BERGER
*(1915-1991)*

OF COUNSEL
ARI KRESCH
EDWARD LEMMO

*Member NY, CA Bar
**Member NY, CT, FL Bar
***Member NY, NJ Bar

February 7, 2020

**BY ECF**
Hon. Katherine P. Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Piotrowicz v. Techtronic Indus N.A., et. al.* –
Response to Motion for Reconsideration of Order
Denying Motion to Transfer to White Plains
Case No.: 1:19-cv-11522

Hon. Failla,

As the Court knows, this law firm represents the plaintiff in the above-referenced matter. Pursuant to the Court's Individual Rules and Practices, plaintiff's counsel hereby requests an adjournment of the initial pretrial conference (the "Conference").

The Conference is currently scheduled for March 24, 2020 at 10:00 a.m. No adjournments have been previously requested by any party. The reason that we request this adjournment is that I, as one of the principal trial attorneys in this case, am scheduled to commence a bench trial in the Eastern District of New York before Judge Sandra J. Feuerstein on March 23, 2020 (E.D.N.Y. Case No. 2:17-cv-00064-SJF), which is expected to continue through March 27, 2020 (and possibly a few days beyond that). Defense counsel (Rosario Vignali, Esq.) has consented to this request.

It is thus respectfully suggested that an adjournment of approximately two weeks would ensure that I am able to attend. Defense counsel has advised that he is unavailable on March 26 and 31, 2020.

Respectfully,

Jesse M. Minc
Plaintiff's Counsel

Application GRANTED.  The initial pretrial conference previously scheduled for March 24, 2020, is hereby ADJOURNED to **April 7, 2020, at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

Dated: February 10, 2020
      New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE