UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARKADIUSZ PIOTROWICZ,<br><br>                  Plaintiff,<br><br>-v.-<br><br>TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., RYOBI TECHNOLOGIES, INC., and HOME DEPOT U.S.A, INC.,<br><br>                  Defendants. | 19 Civ. 11522 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    On February 1, 2020, the Court scheduled an initial pretrial conference in this matter for April 7, 2020, at 10:00 a.m. (Dkt. #42). That conference will proceed as scheduled telephonically. The dial-in information is as follows: At 10:00 a.m. on April 7, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. If the conference line requests a "security code" the parties shall press "*". Please note, the conference will not be available prior to 10:00 a.m.

    SO ORDERED.

Dated:   April 2, 2020
            New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge