UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARKADIUSZ PIOTROWICZ,<br><br>                Plaintiff,<br><br>                -v.-<br><br>TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., RYOBI TECHNOLOGIES, INC., HOME DEPOT U.S.A, INC., P&F BROTHER INDUSTRIAL CORP., and NINGBO DALTON MACHINERY INDUSTRIAL COMPANY LTD.,<br><br>                Defendants. | 19 Civ. 11522 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      By Order dated May 21, 2021, the Court ordered limited jurisdictional discovery as to Defendant P&F Brother Industrial Corporation to be complete on or before July 23, 2021.  (Dkt. #111).  The parties are hereby ORDERED to submit a joint letter on or before **August 19, 2021**, notifying the Court of proposed next steps in this matter.

      SO ORDERED.

Dated:   July 29, 2021
             New York, New York

                                                          KATHERINE POLK FAILLA
                                                      United States District Judge