UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARKADIUSZ PIOTROWICZ,<br><br>                  Plaintiff,<br><br>                  -v.-<br><br>TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., RYOBI TECHNOLOGIES, INC., HOME DEPOT U.S.A, INC., and NINGBO DALTON MACHINERY INDUSTRIAL COMPANY LTD.,<br><br>                  Defendants. | 19 Civ. 11522 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On October 26, 2021, Plaintiff filed a letter withdrawing his request for a certificate of default as to Defendant Ningbo Dalton Machinery Industrial Company, Ltd. ("Dalton"), and stating that he anticipated counsel appearing for Dalton in the near future. (Dkt. #129). Since that time, counsel for Dalton has not appeared in this case. Accordingly, the parties are ORDERED to submit a joint status update as to the status of Dalton's representation and the appropriate next steps in this matter on or before **December 10, 2021**.

      SO ORDERED.

Dated:  December 6, 2021
            New York, New York

                                                          KATHERINE POLK FAILLA
                                                    United States District Judge