UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARKADIUSZ PIOTROWICZ,<br><br>                    Plaintiff,<br><br>-against-<br><br>TECHTRONIC INDUSTRIES NORTH AMERICA, INC., et al.,<br><br>                    Defendants. | Case No. 1:19-cv-11522 (JLR)<br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' joint letter, dated September 27, 2022, filed in response to the Court's September 19, 2022 Reassignment Order. ECF No. 161. The Civil Case Management Plan and Scheduling Order, entered by Judge Failla on August 8, 2022, continues to remain in effect. ECF No. 159.

Additionally, as contemplated by that order, IT IS HEREBY ORDERED that the parties shall appear for a pretrial conference on April 19, 2023, at 11:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. IT IS FURTHER ORDERED that on April 13, 2023, the parties shall file a joint letter, not to exceed three pages, regarding the status of the case and any issues the parties intend to address at the April 19, 2023 conference.

If the parties believe they would benefit from a settlement conference before a Magistrate Judge, or mediation through the District's Mediation Program at the close of fact discovery, they may contact the Court for a referral at that time.

Dated: September 28, 2022
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge